FILED
IN COURT
CHARLOTTE, N.C.
JAN 23 2007
U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:07cr3-W |
| ) | |
| v. ) | **BILL OF INDICTMENT** |
| ) | |
| JUSTIN K. TRIPP ) | 18 U.S.C. § 2 |
| ) | 18 U.S.C. § 922(g)(3) |
| ) | 18 U.S.C. § 924(c) |
| ) | 21 U.S.C. § 841(a)(1) |
| ) | 21 U.S.C. § 841(b)(1)(C) |
| ) | 26 U.S.C. § 5841 |
| ) | 26 U.S.C. § 5861(d) |
| ) | 26 U.S.C. § 5871 |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about April 29, 2006, in Mecklenburg County, within the Western District of North Carolina, and elsewhere,

**JUSTIN K. TRIPP**

did knowingly and intentionally possess with intent to distribute one or more controlled substances, that is, a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, and cocaine, a Schedule II controlled substance, and did aid and abet other persons unknown to the Grand Jury.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

**COUNT TWO**

On or about April 29, 2006, in Mecklenburg County, within the Western District of North Carolina, and elsewhere,

**JUSTIN K. TRIPP**

did knowingly and unlawfully possess one or more firearms, that is, a Smith & Wesson .357 revolver, Norinco SKS semi-automatic assault rifle, Norinco MAK-90 semi-automatic assault rifle, and Walther PPK/S handgun, in furtherance of a drug trafficking crime, that is, possession with intent to distribute cocaine and marijuana, a violation of Title 21, United States Code,

Section 841(a)(1), as charged in Count One, for which he may be prosecuted in a court of the United States.

All in violation of Title 18, United States Code, Sections 2 and 924(c)(1)(A).

### COUNT THREE

On or about April 29, 2006, in Mecklenburg County, within the Western District of North Carolina, and elsewhere,

### JUSTIN K. TRIPP

being an unlawful user of and addicted to one or more controlled substances as defined in Title 21, United States Code, Section 802, did knowingly possess, in and affecting commerce, one or more firearms, to wit: a Smith & Wesson .357 revolver, Norinco SKS semi-automatic assault rifle, Norinco MAK-90 semi-automatic assault rifle, short-barreled Mossberg 12-gauge shotgun, and Walther PPK/S handgun, and ammunition, to wit: numerous rounds of .357 caliber, .380 caliber, 12-gauge, .556 caliber, 7.62x39 mm, and other ammunition, in violation of Title 18, United States Code, Sections 2 and 922(g)(3).

### COUNT FOUR

On or about April 29, 2006, in Mecklenburg County, within the Western District of North Carolina, and elsewhere,

### JUSTIN K. TRIPP

knowingly received and possessed a firearm, to wit: a short-barreled Mossberg 12-gauge shotgun with a barrel of less than eighteen inches in length, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

### COUNT FIVE

On or about December 23, 2006, in Mecklenburg County, within the Western District of North Carolina, and elsewhere,

### JUSTIN K. TRIPP

being an unlawful user of and addicted to one or more controlled substances as defined in Title 21, United States Code, Section 802, did knowingly possess, in and affecting commerce, a

2

firearm, to wit: a Walther PPK/S handgun, and ammunition, to wit: numerous rounds of .223 caliber ammunition, in violation of Title 18, United States Code, Sections 2 and 922(g)(3).

## COUNT SIX

On or about December 30, 2006, in Mecklenburg County, within the Western District of North Carolina, and elsewhere,

**JUSTIN K. TRIPP**

being an unlawful user of and addicted to one or more controlled substances as defined in Title 21, United States Code, Section 802, did knowingly possess, in and affecting commerce, numerous rounds of .223 caliber ammunition, in violation of Title 18, United States Code, Sections 2 and 922(g)(3).

## COUNT SEVEN

On or about January 4, 2007, in Mecklenburg County, within the Western District of North Carolina, and elsewhere,

**JUSTIN K. TRIPP**

being an unlawful user of and addicted to one or more controlled substances as defined in Title 21, United States Code, Section 802, did knowingly possess, in and affecting commerce, one or more firearms, to wit: a Walther PPK handgun and a 12-gauge shotgun, and ammunition, to wit: numerous rounds of .22 caliber, .32. caliber, .40 caliber, .223 caliber, .380 caliber, 12-gauge, and other ammunition, in violation of Title 18, United States Code, Sections 2 and 922(g)(3).

## NOTICE OF FORFEITURE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearm and ammunition listed below are subject to forfeiture in accordance with § 924(d) because they were involved in, used, or intended to be used in the violations alleged in this bill of indictment:

(1) a Smith & Wesson .357 revolver, Norinco SKS semi-automatic assault rifle, Norinco MAK-90 semi-automatic assault rifle, short-barreled Mossberg 12-gauge shotgun, and Walther PPK/S handgun, and ammunition, to wit: numerous rounds of .357 caliber, .380 caliber, 12-gauge, .556 caliber, 7.62x39 mm, and any other firearms and ammunition seized on or about April 29, 2006, from a residence and vehicle located at or near 8319 Paces Oaks Boulevard, Apartment 822, Charlotte, North Carolina;

3

(2) a Walther PPK handgun and a 12-gauge shotgun, and ammunition, to wit: numerous rounds of .22 caliber, .32. caliber, .40 caliber, .223 caliber, .380 caliber, 12-gauge, and any other firearms and ammunition seized on or about April 29, 2006, from a residence and vehicle located at or near 9808 Bonita Lane, Apt 214, Charlotte, North Carolina.

A TRUE BILL:

_____
FOREPERSON

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

_____
STEVEN R. KAUFMAN
ASSISTANT UNITED STATES ATTORNEY

4